IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-42-JJF |
| THOMAS DAVIS, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this __1__ day of __JUNE__, 2007, that Defendant Davis' pre-trial motions shall be due on the __6__ day of __JULY__, 2007.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court



FILED
JUN 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE