IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-42-JJF |
| THOMAS L. DAVIS, Jr., | : | |
| Defendant. | : | |

**O R D E R**

At Wilmington, this 14th day of September 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Pre-trial Motion To Suppress Evidence And Statements (D.I. 14) is **DENIED** to the extent it seeks the suppression of the physical evidence seized and **DENIED** as moot to the extent that it seeks the suppression of statements made by Mr. Davis.

_____
UNITED STATES DISTRICT JUDGE

8