IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

*Filed in Open Court this 2nd day of October 2007*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>THOMAS L. DAVIS<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Criminal Action No. 07-42-JJF<br>)<br>)<br>)<br>) |

### VERDICT FORM

As to Count 1, charging the Defendant with possession of a firearm and/or ammunition by a convicted felon, we the jury find the Defendant

_____ Not Guilty             √ Guilty.



_____      _____
Juror                                    Juror

**REDACTED**

Dated: _____October 2_____ _____, 2007