IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No.07cr42 JJF |
| THOMAS L. DAVIS, JR., | : |
| Defendant. | : |

### O R D E R

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 12 jurors in the above entitled case on October 2, 2007.

_October 2, 2007_
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE