IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-042 JJF |
| THOMAS L. DAVIS, JR., | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, Defendant was found guilty by a jury and a verdict was filed in open court on October 2, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Friday, January 25, 2008, at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 7, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
NOV 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE