In The United States District Court
For The District Of Delaware

United States of America    )
                            )
Vs.                         )
                            ) Criminal Action No. 07-042 JJF
                            )
                            )

**Motion To Dismiss Counsel P.D. Kavsoulis**

Comes Now, The Defendant <ins>Thomas L. Davis JR.</ins> and Moves this Honorable Court to Dismiss my Federal Public Defender Ms. Kavsoulis. In Support thereof the Defendant assert the following.

**"Statement of The Facts"**

The Defendant was not properly represented by Counsel Federal Public Defender Ms. Kavsoulis. The last thing the Defendant wants Now is to have Same Counsel to represent me on appeal. The Defendant Moves the Court to appoint New Counsel for the purpose of Appeal. New Counsel is need do to the fact it would be a Conflict of interest to have Ms. Kavsoulis to argue her own ineffectiveness during trial and trial proceedings.

11-25-07

To: Mr. Edson A. Bostic.
From: Thomas L. Davis Jr.

Dear Mr. Bostic, I am hereby writting you, in hopes that you humbly understand the seriousness concerning my case, my freedom, and my fight for justice.
On Aug 17, 07, I spoken with my Public defender Ms. Kousoulis at Salem County Correctional Facility, where we breifly went over the pro's and cons that edify my case.
Mrs. Kousoulis, showed no intrest in helping me then and she is showing no intrest in helping me now and this is my formal request to have her removed from my representation.
Mr. Edson, our universe is constructed on what the Holy Qur'an calls the mizan, or a ballance. That balance is justice That is why the symbol of justice is a woman blindfolded with a scale in one hand and a sword in the other.
Mr. Bostic, justice ballances the human mind. Whenever any human being is deprived of justice, the mind becomes imballanced. The greater the injustice, the greater the imbalance. In a democratic society and civilized nation, institution are established for the redress of grievances, and it is the success of granting to those who seek the redress of their grievance that returns balance the human mind.
So I humbley and respectfuly ask for your assistance by removing Ms. Kousoulis on the grounds of misrepresentation, conflict of intrest and discrimination due to my religiou beliefs.
Mr. Bostic, these conflies of intrest can be further scrutin-

-fied as the afthermentioned are Listed below.

① Misrepresentation & Ineffective assistance of Counsel.
  ⓐ Attorney chose not to enter certain evidence into my trial as I requested.
  ⓑ Attorney has never convinced me to believe that she is or will represent me to the fullest of her capabilities.
  ⓒ Attorney never introduced clothing I was wearing into trial as evidence, contrary to her confiscating those items from me (Note *) Their was descrepancies as to actual clothing subject was wearing.
  ⓓ Attorney never inquired about some major and most valueable details that could've shed light on the darkness of this case. Subjects Identification given by Caller, Locality of the subject during Pursuit, whereabouts and formalities concerning the Gun eq.

② Conflict of Intrest.
  ⓘ Do to my beliefs, "Islam" which is the religion I Live by and Stand by daily, I truly believe that my attorney held some form of resentment and animosity against me because of my religious preference, which a stems from the loss she experienced when her Sister was Killed in the 9/11 attack.

In closing I'd Like to ask that Ms. Kousoulis be removed from my case and that my sentencing be removed from the Calendar until I get adequate representation.

"Oath and Affidavit"

I Declare and affirm under penalty of perjury that the foregoing is true and correct.

Declared And Affirmed November, 2007  _Thorne Davis_
                                        Signed

"Certificate of Service"

I Declare and Affirm under penalty of perjury that the foregoing is true and correct and that a true and full copy was served on the below parties and or attorneys:

Declared And Affirmed November, 2007  _Thorne Davis_
                                        Signed

Parties Served

Federal Public Defender          United States Assistant Attorney General
Eleni Kousoulis Esq              Shawn E. Martyniak, Esq.

Thomas L. Davis SBI# 316798
1301 E. 12th St.
Wilm, DE 19809

1380143513

OFFICE OF THE CLERK
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570

U.S.M.S.

INMATE LEGAL MAIL

WILMINGTON DE 197
28 NOV 2007 PM 3 T

