# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
**Keir Bradford**
Assistant Federal Public Defenders

**Tieffa Harper**
Research & Writing Specialist

December 13, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

    Re:   *United States v. Thomas L. Davis*
           **Criminal Action No. 07-42-JJF**
           <u>**Our File No.: 2007-00146**</u>

Dear Judge Farnan:

    I am writing in regard to the *pro se* Motion to Dismiss Counsel P.D. Kousoulis, filed by Mr. Davis on November 24, 2007 and docketed on November 29, 2007.[1] Defense counsel believes that she has been effective in representing Mr. Davis to this point and maintains that she will continue to represent Mr. Davis to the fullest extent of the law, and she wishes to continue as his counsel at this time. Should the Court find merit to any of Mr. Davis' arguments set forth in his motion, defense counsel is not opposed to the Court appointing Mr. Davis new counsel.

---

[1] Mr. Davis' *pro se* Motion was docketed by the Court on December 12, 2007. Since Mr. Davis' *pro se* Motion was docketed, defense counsel felt that any response to this motion should be sent directly to the Court.

PDF created with pdfFactory Pro trial version www.pdffactory.com

Thank you for Your Honor's consideration of the foregoing.

            Respectfully submitted,

            /s/
            Eleni Kousoulis, Esq.
            Assistant Federal Public Defender
            Attorney for Defendant Thomas L. Davis

cc:  Shawn E. Martyniak, Assistant United States Attorney (by ECF)

PDF created with pdfFactory Pro trial version www.pdffactory.com