In the United States District Court

For the District Court

United States of America       )
                               ) Crim. An. 07-042-JJF
Vs.                            )
Thomas L. Davis, JR.           )
                               )
                               )



Notice of Direct Appeal

Now comes the Defendant, Thomas L. Davis Pro Se & request this Honorable Court to accept this Notice of Direct Appeal from verdict of guilty; for the reasons stated herein:

1. The defendants' present attorney has taken no interest in the defendants case

2. Counsel should promptly advise his client of his rights and take all actions necessary to preserve them. Many rights can only be protected by prompt legal action.

The Supreme Court has, for example, recognized the attorney's role in protecting the clients privilege against self-incrimination, see, United States vs. DeCoster, 487 F.2d. 1197 (1973); also, see Miranda vs. Arizona, 384 U.S. 436, 86 S. Ct. 1602 (1966); United States vs. Ash Jr. 413 U.S. 300, 93 S. Ct. 2568, (1973)

3. In addition the defendant wishes to assert the following that counsel did not properly represent the defendant and there was a conflict of interest between parties.

For the above reasons, the defendant request this court to accept this notice of direct appeal and appoint new counsel upon appeal in a timely manner.

Respectfully Submitted
Thomas R. Dorsey Jr.

Dated: 1-25-08

Thomas Davis
05243015
Federal Detention Center
P.O. Box 562
Philadelphia, PA. 19105

PHILADELPHIA PA 191
30 JAN 2008 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street lock box 18
Wilmington, Delaware. 19801-3570

19801+3519 C012