IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-42-JJF |
| | : | |
| THOMAS L. DAVIS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Thomas L. Davis, Defendant, by and through his undersigned attorney, Eleni Kousoulis, Assistant Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Joseph J. Farnan, Jr. on February 19, 2008, in the United States District Court for the District of Delaware.

/s/ Eleni Kousoulis
Eleni Kousoulis
Assistant Federal Public Defender
704 N. King St., Ste. 110
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com
Attorney for Thomas L. Davis

Dated: February 25, 2008