IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-42-JJF |
| | ) |
| THOMAS L. DAVIS, JR., | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE enter the appearance of Assistant United States Attorney John C. Snyder as attorney of record, in place of Assistant United States Attorney Shawn Martyniak, on behalf of the United States of America in the above-captioned matter.

Dated: August 29, 2008

                                                  Respectfully submitted,

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                                  _____
                                                  John C. Snyder
                                                  Assistant United States Attorney
                                                  1007 N. Orange Street, Suite 700
                                                  P.O. Box 2046
                                                  Wilmington, Delaware 19899-2046
                                                  (302) 573-6277, ext. 168
                                                  (302) 573-6220 (fax)